IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOUIS ISREAL SULLIVAN, JR.
3075 DOVE CHASE COURT
SNELLVILLE, GA  30039

CASE NO.: A15-74579-WLH

CHAPTER: 13

## FINAL NOTICE CONCERNING YOUR 2016 TAX RETURN AND POTENTIAL DISMISSAL OF YOUR CASE

You are required to submit a copy of your tax return to the Trustee every year. My records reflect that I have not received a copy of your 2016 Federal Income Tax Return, including all supporting schedules. **A copy of your 2016 tax return needs to be received by the Trustee no later than June 15, 2017 to avoid a Motion to Dismiss being filed in your case.** Please provide a copy of your return to your bankruptcy attorney so that they may review the return with you and then your attorney will provide a copy to the Trustee. If you are not required to file a tax return for 2016, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. You will need to mail the tax refund money payable to the Chapter 13 Trustee at the address below. Please make a notation that the funds are from your tax refund. You may also pay online using the Trustee's EPAY system. Go to the website for further information: http://www.njwtrustee.com/debtor-resources/e-pay/. **Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.**

On the 30th day of May, 2017, this Notice was mailed to the Debtor(s) at the above address by first class mail.

   /s/
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201